IN THE COUNTY COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA **DIV B**

MITCHELL RITCHIE
    Plaintiff,

v.

16-2007-00558 6     -XXXX-MA

VIKING COLLECTION SERVICE, INC.,
a foreign corporation
    Defendant,
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, MITCHELL RITCHIE, by and through his undersigned attorney and sues the Defendant, VIKING COLLECTION SERVICE, INC. and alleges:

1. Plaintiff, MITCHELL RITCHIE, is an individual who is over the age of 18 and otherwise *sui juris*.

2. Defendant, VIKING COLLECTION SERVICE, INC., is a foreign corporation with principal offices in Minnesota, with a designated Florida registered agent.

3. At all times relevant hereto, Defendant, VIKING COLLECTION SERVICE, INC. acted as a debt collector within the meaning of 15 U.S.C. Section 1692a(6).

4. All relevant events and occurrences occurred in Duval County, Florida.

5. This is an action for damages less than $5000.00 exclusive of interest and attorney's fees.

Page 1 of 3

EXHIBIT A

## COUNT I

6. Plaintiff repeats and realleges as if fully set forth herein paragraphs one (1) through four (4).

7. On or around April 30, 2007 Defendant mailed Plaintiff a letter seeking to collect on an unknown debt, allegedly in the amount of $5234.64, with account number AQ 3484. Annexed hereto as Exhibit "A" is a true and correct copy of Defendant's letter to the Plaintiff.

8. Defendant failed to, within five days of its initial communication with the Plaintiff to: A) notify the Plaintiff of the name of the creditor to whom the debt is allegedly owed;

B) provide Plaintiff with a statement that unless the Plaintiff, within thirty days after receipt of the notice, disputes the validity of the debt the debt will be assumed to be valid by the debt collector;

C) provide the Plaintiff with a statement that if the Plaintiff notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification of judgment will be mailed to the consumer by the debt collector; and

D) provide the Plaintiff a statement that upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor if different from the current creditor.

9. Defendant's actions and omissions, as described in paragraph eight (8) violate the Fair Debt Collection Practices Act, section 1692g(a).

**WHEREFORE**, pursuant to 15 U.S.C. Section 1692k(a), Plaintiff, MITCHELL RITCHIE, demands judgment against the Defendant, VIKING COLLECTION SERVICES, INC., for statutory damages of $1,000, costs, attorney's' fees and for such further relief as this Court may deem meet and proper.

Respectfully submitted,

Cristina F. G. Fuschi
Florida Bar No.: 0130265
LAW OFFICES OF CRISTINA FUSCHI, P.L.
Attorney for Plaintiff
644 Cesery Boulevard, Suite 350
Jacksonville, Florida 32211
Telephone: (904) 725-6872

PO Box 59207
Minneapolis MN 55459-0207
RETURN SERVICE REQUESTED



7500 Office Ridge Circle
Eden Prairie MN 55344-3678

(952) 944-7575 ♦ 1-800-659-2455

April 30, 2007

AQ3484/277/NCW05/4-005   185402   19659

Mitchell Ritchie
5615 San Juan Ave Apt 312
Jacksonville FL 32210-3012

VIKING COLLECTION SERVICE INC
PO Box 59207
Minneapolis MN 55459-0207

Account #:   AQ3484
Amount Due:  $534.64

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

VCS Account #: AQ3484

| Creditor | Account # | Amt Owed |
|---|---|---|
| Vanguard Car Rental Usa_alamo | 000894257 | 534.64 |

Based on previous communications, or lack thereof, it appears you are unable to come up with the funds to pay off the above account.

Because of this your account is being reviewed to determine if further collection efforts will be necessary.

You can avoid further collection efforts by simply sending the entire balance or by calling me at my 1-800 number so that we can work out some amicable arrangements.

Sincerely,

*Keith Conners*
1-800-659-2455
Accounts Manager
Viking Collection Service, Inc.

MEMBER

ACA
INTERNATIONAL

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

If you wish to pay by credit card, please contact us for more information.

 

ISDVIKH0005



AMERICANS WITH DISABILITY ACT (ADA) NOTICE INDIVIDUALS WITH DISABILITIES NEEDING A REASONABLE ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADMINISTRATORS OFFICE, AS SOON AS POSSIBLE. TELEPHONE: (904) 630-2564; OR, IF HEARING IMPAIRED, 1-800-955-8771 (TDD); OR 1-800-955-8770 (V), VIA FLORIDA RELAY SERVICE.

IN THE COUNTY COURT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 16-2007-SC- 6586-XXXX-MA

DIVISION B

**MITCHELL RITCHIE**

PLAINTIFF(S)

vs.

**VIKING COLLECTION SERVICE INC A FOREIGN CORPORATION**

DEFENDANT(S)

## NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLANTIFF(S) AND DEFENDANT(S) <u>VIKING COLLECTION SERVICE INC A FOREIGN CORPORATION</u>

c/o Business Filings Incorporated

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at
**SOUTHGATE PLAZA, 3490 BEACH BLVD., JACKSONVILLE, FLORIDA 32207
ON AUGUST   16TH, 2007 AT 01:30 P.M.**

**IMPORTANT - READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE,
BUT MAY BE MEDIATED AT THAT TIME.
DO NOT BRING WITNESSES. YOU MUST APPEAR IN PERSON OR BY ATTORNEY.**

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS. INCLUDING COSTS, ATTORNEYS FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

**THE DEFENDANT(S)** must appear in the court on the date specified in order to avoid a default judgment. **THE PLAINTIFF(S)** must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE/MEDIATION.

**The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.**

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation

Mediation may take place during the time scheduled for the pretrial conference. Mediaition is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonadversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in the county court mediation are primarily conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

Page 1 of 2

If you admit the claim, but desire additional time to pay, you must come and state the circumstances. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:
(1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recovery property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s) attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATE AT _____Jacksonville_____, Florida on this _____3RD_ day of_____JULY_____ 2007



JIM FULLER
CLERK OF THE COUNTY COURT
CIVIL DIVISION
103 Duval County Courthouse
330 East Bay Street
Jacksonville, Florida 32202
(904) 630-2045

CORPORATIONS:

ANY PERSON APPEARING FOR A CORPORATION
SHALL BE AN OFFICER OR EMPLOYEE AND SHALL
BRING AN AFFIDAVIT FOR THAT PARTY TO APPEAR
IN ITS BEHALF

BY: __DIONNE JOHNSON__
      Deputy Clerk

IF YOU DESIRE TO FILE ANY COUNTERCLAIM OR SET-OFF TO PLAINTIFF'S CLAIM, IT MAY BE FILED IN THIS COURT BY YOU OR YOUR ATTORNEY, IN WRITING, NOT LESS THAN (5) DAYS BEFORE THE APPEARANCE DATE.